No. 268. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. GRINNELL, EXECUTOR. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. Bernhard Knollenberg* and *Allen Evarts Foster* for respondent. ▌

No. 289. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. TAYLOR. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biggs* for petitioner. *Mr. Truman Henson* for respondent. ▌

No. 292. LERNER v. FIRST WISCONSIN NATIONAL BANK OF MILWAUKEE ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Emil Hersh* for petitioner. *Messrs. John C. Warner, Edgar L. Wood, Walter J. Mattison,* and *Ben Z. Glass* for respondents. ▌

No. 338. JENNINGS, RECEIVER, ET AL. v. UNITED STATES FIDELITY & GUARANTY Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. John F. Anderson, F. G. Awalt,* and *George P. Barse* for petitioners. *Messrs. Arthur L. Gilliom* and *S. O. Pickens* for respondent. ▌

No. 339. JURNEY v. MACCRACKEN. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. Leslie C. Garnett* and *Harry L. Underwood* for petitioner.

544

*Messrs. Frank J. Hogan* and *Edmund L. Jones* for respondent.

No. 54. MITCHELL, INSURANCE COMMISSIONER OF CALIFORNIA, *v.* MAURER ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted limited to the question of the validity of the appointment of ancillary receivers upon the petition of the primary receivers, and attention is directed to McCandless *v.* Furlaud, No. 11 on the present docket (*ante,* p. 67). *Mr. Frank L. Guerena* for petitioner. *Messrs. Edward D. Lyman* and *P. B. Plumb* for respondents.

No. 107. OLD MISSION PORTLAND CEMENT CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted limited to the question of the right of the taxpayer to deductions (a) on account of amortization of bond discount and (b) on account of contributions to the San Francisco Community Chest. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman, Miss Helen R. Carloss,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.

No. 128. GEORGE *v.* VICTOR TALKING MACHINE CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted, limited to the question of the jurisdiction of the Circuit Court of Appeals. *Messrs. Minitree Jones Fulton* and *Robert L. Nase* for petitioner. *Messrs. Robert P. Myers,*